■ MARY EDELMAN, Appellant, v. ABRAHAM EDELMAN, Respondent.— In an action for a judgment declaring a foreign decree of divorce to be void for want of jurisdiction in that respondent had never been a bona fide resident of Nevada, the granting State, and declaring appellant to be the wife of respondent, the appeal is from an order denying a motion to strike out the answer and for summary judgment. Order reversed, with $10 costs and disbursements, and motion granted, without costs. The deposition of respondent conclusively shows that he was not a bona fide resident of the State of Nevada. In addition, the other indicia such as continuance of the lease of his New Jersey apartment, his failure to transfer his accounts, the continuation of his business association activities in New York City and his departure from Nevada almost immediately after the entry of the decree, clearly indicate that the respondent never intended to establish a fixed and permanent residence in Nevada. He claims to have gone west to determine if the climate agreed with him and if he could find a suitable business. He admitted that he was unsuccessful in his quest and so returned east. Accordingly any proof he submitted to the Nevada court, upon which the finding of bona fide residence was based, constituted a fraud on that court. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ FLEETASH REALTY COMPANY, INC., Respondent, v. AUGUST SEVERIO CONSTRUCTION Co., INC., Appellant.— Action to recover under an alleged contract of indemnity for injuries to real property. In a prior action, respondent sued appellant in negligence and nuisance for the same damages. The appeal is from so much of a resettled order as denied a motion, pursuant to subdivision 4 of rule 107 of the Rules of Civil Practice, to dismiss the complaint on the ground of *res judicata.* Order, insofar as appeal is taken, affirmed, with $10 costs and disbursements (*Colvin* v. *Smith,* 276 App. Div. 9; *Robins* v. *Finestone,* 308 N. Y. 543). Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ SARAH GOLD, Respondent, v. CRITERION PORTER & WINDOW CLEANING SERVICE CORPORATION, Appellant, and F. W. WOOLWORTH Co., Defendant and Third-Party Plaintiff. HYGIENE SHOWER CURTAIN MANUFACTURING Co., INC., Third-Party Defendant.— In an action to recover damages for personal injuries, the jury rendered a verdict for $25,000 in favor of respondent against appellant. The trial court granted appellant's motion to set aside the verdict unless respondent stipulate to reduce the verdict to $17,500, and respondent so stipulated. The appeal is from the judgment entered thereon. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See *post,* p. 928.]